I was told that a few laws had changed and went into effect this year. One in particular is the 2 point enhancement that I recieved on my P.S.R. for being on probation, they are no longer using against you on sentencing guidlines and that it is retro active. Can you please look into this and send me any paper work I need to have this reviewed with judge and if it's going to affect me any. Thankyou for looking into this and any response would be greatly appreciated.

Patrick Hicks
# 40921-509

**FILED**

JAN 17 2024

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY _____, DEPUTY